DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSEPH JAMAL WALKER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

Nos. 4D16-3994, 4D16-4161
and 4D16-4253

[May 16, 2018]

Consolidated appeals from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Krista Marx, Judge; L.T. Case Nos. 50-2010-CF-014607B, 50-2011-CF-000626A and 50-2014-CF002429A.

Carey Haughwout, Public Defender, and J. Woodson Isom, Assistant Public Defender, West Palm Beach, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Ilana Mitzner, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

We affirm the convictions and sentences in all respects. We remand to the circuit court for correction of the written revocation order to conform to the court's oral pronouncement. The written order contains a violation for failing to undergo a drug and alcohol evaluation; in its oral pronouncement, the court ruled that violation had not been established. The written order also contains a violation for committing the offense of possession of a firearm by a convicted felon; however, the state nolle prossed that count at sentencing after the court's oral pronouncement.

*Affirmed and remanded for correction.*

WARNER, GROSS and LEVINE, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***